**STATE of Missouri, Respondent,**

v.

**Judy Ann NORTON, Appellant.**

**No. WD 34895.**

Missouri Court of Appeals,
Western District.

July 31, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Oct. 2, 1984.

Application to Transfer Denied
Nov. 20, 1984.

James W. Fletcher, Public Defender, and Sean D. O'Brien, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., and Frank A. Rubin, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and SOMERVILLE and MANFORD, JJ.

## ORDER

**PER CURIAM:**

This is a direct appeal from a jury conviction for arson, second degree, in violation of § 569.050, RSMo 1978, and attempted stealing (by deceit), in violation of § 570.-030 and § 564.011, RSMo 1978. A three-year sentence was imposed, but execution thereon was suspended and three years probation imposed pursuant to § 558.011, RSMo 1978.

Judgment affirmed. Rule 30.25(b).